IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-MJ-731 |
| DIONEL FLORIAN-GARCIA, | |
| Defendant. | |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Michael Grant, being duly sworn, depose and state:

1.      I am a Deportation Officer with United States Immigration and Customs Enforcement (ICE) in Fairfax County, Virginia. I am assigned to the Washington Field Office in Chantilly, Virginia, and have been employed with ICE for more than six years. I was previously employed as a Border Patrol Agent for U.S. Customs & Border Protection (CBP), beginning in January 2008. I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 and Title 18 of the United States Code.

2.      My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 and Title 18 of the United States Code and seeking, when applicable, prosecution and removal of violators. I have received training in general law enforcement, including training in Title 8 and Title 18 of the United States Code.

3.     This affidavit is submitted in support of a criminal complaint and arrest warrant for Dionel FLORIAN-GARCIA, (hereinafter, FLORIAN-GARCIA), an alien who was found in the United States after being denied admission, excluded, deported, or removed, or having departed the United States while an order of exclusion, deportation, or removal was outstanding, subsequent to a felony conviction, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

4.     The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5.     On or about September 12, 2025, ICE learned that FLORIAN-GARCIA had been detained at the Arlington County Jail in Arlington, Virginia, within the Eastern District of Virginia.

6.     Your affiant performed immigration record checks which confirmed that FLORIAN-GARCIA is a native and citizen of Guatemala who was most recently removed from the United Sates on or about June 28, 2012, at or near Alexandria, Louisiana. FLORIAN-GARCIA did not have legal authorization to re-enter or remain in the United States.

7.     On or about September 12, 2025, FLORIAN-GARCIA was fingerprinted when arrested in Arlington, Virginia, and those fingerprints matched a unique FBI number associated with FLORIAN-GARCIA. Those fingerprints were then processed through ICE indices containing fingerprint records of known and previously deported aliens. This system is also

integrated with the criminal records maintained by the FBI and is commonly referred to as Next Generation Identification (NGI). Results of this query showed positive matches to FLORIAN-GARCIA and his unique FBI number. Specifically, the immigration record checks confirmed that FLORIAN-GARCIA is a native and citizen of Guatemala with an associated Alien File.

8.      I reviewed documents from FLORIAN-GARCIA's immigration file ("Alien File") maintained by U.S. Citizenship and Immigration Services. FLORIAN-GARCIA's Alien File is associated with him through his unique FBI number, the same FBI number associated with his recent Arlington arrest. The documents I reviewed contained two previously executed Immigration Service Forms I-205, Warrant of Removal/Deportation, bearing the photograph, fingerprint, and signature of FLORIAN-GARCIA. These forms showed that FLORIAN-GARCIA was removed from the United States on or about July 21, 2010, at or near Houston, Texas and on or about June 28, 2012, at or near Alexandria, Louisiana.

9.      FLORIAN-GARCIA's Alien File lacks evidence of any immigration benefit, document, or status that would allow him to legally enter, be admitted, pass through, or reside in the United States. Further, FLORIAN-GARCIA has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his formal removals.

10.      I conducted a criminal history check and review of FLORIAN-GARCIA's Alien File, which show that on or about April 11, 2012, FLORIAN-GARCIA was convicted in the Circuit Court of Montgomery County, Maryland for ASSAULT-FIRST DEGREE, a felony, in violation of Maryland Code CR.3.202, for which he was sentenced to 364 days' incarceration.

## CONCLUSION

11.      Based on the foregoing, I submit that there is probable cause to believe that on or about September 12, 2025, in Arlington, Virginia, within the Eastern District of Virginia,

DIONEL FLORIAN-GARCIA, an alien who was removed from the United States on or about July 21, 2010, at or near Houston, Texas and on or about June 28, 2012, at or near Alexandria, Louisiana, subsequent to a felony conviction, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, § 1326(a) and (b)(1).

Respectfully submitted,

MICHAEL T GRANT
Digitally signed by MICHAEL T GRANT
Date: 2025.12.19 16:14:30 -05'00'

Michael Grant
Deportation Officer
U.S. Immigration and Customs Enforcement

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on December 22, 2025.

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2025.12.22 13:29:20 -05'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge

Alexandria, Virginia

4